UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

SHERWIN A. MURRELL,

                                                      Plaintiff,

                                    -against-

THE CITY OF NEW YORK, P.O. MICHAEL PARKS,
Shield # 13520 & P.O. JOHN DOE 1-6,

                                                  Defendants.

**DEFENDANTS' INITIAL RULE 26 DISCLOSURES**

07 CV 5609

------------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that defendants City of New York and Parks by their attorney, Michael A. Cardozo, Corporation Counsel of the City of New York, pursuant to Rule 26 of the Federal Rules of Civil Procedure, hereby make their Initial Rule 26 Disclosures, that:

    a.    The name, and if known, the address and telephone number of each individual likely to have discoverable information that the responding party defendants may use to support their claims or defenses, unless solely for impeachment, identifying the subjects of the information[1]:

1. Sherwin Murrell

2. Police Officer Michael Parks, Shield No. 13520, New York City Police Department, 79th Precinct, 263 Tompkins Avenue, Brooklyn, New York 11216

3. Sergeant George Abruzzo, Shield No. 2378, New York City Police Department, 79th Precinct, 263 Tompkins Avenue, Brooklyn, New York 11216

4. Police Officer Mikal Wright, Shield No. 21551, New York Police Department, 79th Precinct, 263 Tompkins Avenue, Brooklyn, New York 11216

---

[1] Police Officer tax identifications and other personal information have been redacted pursuant to the official information privilege and as not relevant or reasonably calculated to lead to the discovery of admissible evidence.

-2-

      5.    Patrick Teijmul

b.    The relevant documents are identified below and annexed hereto as indicated:

      1.    Civilian Complaint Review Board Investigation, Case No. 2007 06232, Bates Stamp Nos. 1-83

c.    Computation of damages:        Not applicable.

d.    Any insurance agreements:        Not applicable.

Dated: New York, New York
       September 20, 2007

          MICHAEL A. CARDOZO
          Corporation Counsel of the
            City of New York
          Attorney for Defendants
          100 Church Street, Room 3-148
          New York, New York 10007
          (212) 788-1277

By: _____
     Joyce Campbell Priveterre
     Assistant Corporation Counsel

To:

Via ECF (w/o exhibits) & Regular Mail
Michael Colihan, Esq.
Attorney for Plaintiff
44 Court Street, Suite 911
Brooklyn, New York 11201
(718) 488-7788