**MEMO ENDORSED**

MICHAEL COLIHAN - ATTORNEY AT LAW

44 Court Street
Suite 911
Brooklyn, New York 11201

Phone (718) 488 7788

This letter was sent via regular mail

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

October 9, 2007.

Murrell v NYC et al 07 cv 5609

Dear Judge McMahon:

    I represent Sherwin Murrell, who suffered a fractured arm in an encounter with the New York City Police Department. I write this letter to seek permission to amend the complaint. The sole amendment would be to substitute Sgt. George Abruzzo, Shield # 2378 & Police Officer Mikhail Wright, Shield # 2155 for two of the "John Doe" defendants mentioned in the complaint. I came into possession of the information regarding the names of these defendants today when I received the City's Rule 26 disclosure. No prior application for this relief has been made.

    Thank you for your attention & consideration.

MC/ll

Very Truly Yours,

MICHAEL COLIHAN

Joyce Campbell Privaterre, Esq.

10/11/07 Relief granted

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/07