UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

SHERWIN A. MURRELL,

                              Plaintiff,

                           -against-

THE CITY OF NEW YORK, P.O. MICHAEL PARKS,
Shield # 13520 & P.O. JOHN DOE 1-6,

                              Defendants.

------------------------------------------------------------------x

**NOTICE OF MOTION FOR SUMMARY JUDGMENT BASED ON QUALIFIED IMMUNITY**

07 CV 5609 (CM)(DCF)

      **PLEASE TAKE NOTICE** that, pursuant to the individual practices of the Honorable Judge McMahon defendants City of New York, Michael Parks, Mikhail Wright and George Abruzzo will move this Court before the Honorable Colleen McMahon, United States District Judge, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure based on Qualified Immunity and in accordance with Judge McMahon's individual practices, on the grounds that the defendants' are entitled to qualified immunity on some or all of plaintiff's claims.

      **PLEASE TAKE FURTHER NOTICE** that such motion will be submitted following the prescribed period of discovery set forth in the Court's Individual Practices.

Dated:        New York, New York
                October 15, 2007

                                      MICHAEL A. CARDOZO
                                      Corporation Counsel of the
                                        City of New York
                                      Attorney for Defendants
                                      100 Church Street, Room 3-148
                                      New York, New York 10007
                                      (212) 788-1277

                                      By:     _____
                                                  JOYCE CAMPBELL PRIVETERRE
                                                  Assistant Corporation Counsel

Michael Colihan, Esq.
Attorney for Plaintiff
44 Court Street, Suite 911
Brooklyn, New York 11201
(718) 488-7788